**NOT RECOMMENDED FOR FULL-TEXT PUBLICATION**
File Name: 09a0154n.06
Filed: February 23, 2009

**No. 08-3053**

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

| | | |
|---|---|---|
| WASIM SAQIB, | ) | |
| | ) | |
| Petitioner, | ) | **ON PETITION** FOR REVIEW |
| | ) | OF A DECISION OF THE |
| v. | ) | BOARD OF IMMIGRATION |
| | ) | APPEALS |
| ERIC H. HOLDER, Jr., Attorney General, | ) | |
| | ) | **MEMORANDUM** |
| Respondent. | ) | **OPINION** |

**BEFORE: NORRIS, BATCHELDER, and ROGERS, Circuit Judges.**

**PER CURIAM.** Petitioner Wasim Saqib, a Pakistani national, appeals from the denial of his application for a stay of removal, 8 U.S.C. § 1231(b)(3), and relief under the Convention Against Torture and Other Cruel, Inhuman, or Degrading Treatment or Punishment. The Board of Immigration Appeals ("the Board") dismissed the appeal and affirmed the oral decision of an immigration judge.

Having had an opportunity to review the administrative record and the briefs of the parties, we deny Saqib's petition for review based upon the Board's conclusion that petitioner failed to establish that it was more likely than not that he would be persecuted based upon a protected ground. As the Board explained in its decision, petitioner has not linked the actions taken against him by private investors in a project undertaken by the company for which he worked with governmental

action. In short, he has not demonstrated persecution based upon political activity.  In light of the

Board's reasoned decision, an opinion on our part is unnecessary.

The petition for review is denied based upon the reasoning found in the Board's decision of

December 27, 2007.